IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV25 |
| v. | ) ) | |
| A&I STEEL FABRICATORS, INC., a California corporation, and ABLE IRON WORKS, INC., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion for one-week extension of time in which to file reply brief in support of its motion to dismiss or, alternatively, to transfer venue (Filing No. 23).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendants' motion is granted.  The defendants shall have until April 1, 2013, to file their reply brief in support of their motion to dismiss or, alternatively, to transfer venue.

DATED this 26th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court