IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
APPLIED UNDERWRITERS, INC., a   )
Nebraska corporation,           )
                                )
              Plaintiff,        )        8:13CV25
                                )
       v.                       )
                                )
A&I STEEL FABRICATORS, INC.,    )        ORDER
a California corporation, and   )
ABLE IRON WORKS, INC.,          )
                                )
              Defendants.       )
_____)
```

      This matter is before the Court on plaintiff's motion for leave to file counter affidavit in regard to supplemental declaration of Eric N. Kibel in support of defendants A&I Steel Fabricators, Inc.'s and Able Iron Works, Inc.'s motion to dismiss and/or for change of venue (Filing No. 28).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's motion is granted.  The defendants shall have until April 30, 2013, to file its counter affidavit.

      DATED this 15th day of April, 2013.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court