IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
APPLIED UNDERWRITERS, INC., a  )
Nebraska corporation,          )
                               )
          Plaintiff,           )       8:13CV25
                               )
     v.                        )
                               )
A&I STEEL FABRICATORS, INC.,   )       ORDER
a California corporation, and  )
ABLE IRON WORKS, INC.,         )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the stipulation to amend the plaintiff's complaint (Filing No. 44). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; plaintiff shall have until October 25, 2013, to file its amended complaint. Defendants shall have until November 22, 2013, to respond thereto.

DATED this 15th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court