IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
APPLIED UNDERWRITERS, INC., a )
Nebraska corporation,         )
                              )
            Plaintiff,        )        8:13CV25
                              )
      v.                      )
                              )
A&I STEEL FABRICATORS, INC.,  )        ORDER
a California corporation, and )
ABLE IRON WORKS, INC.,        )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on the stipulation of the parties to waive a jury trial and try the matter to the Court (Filing No. 52).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted.  This matter will be tried to the Court without a jury on:

**Monday, April 28, 2014, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 28th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court