IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
APPLIED UNDERWRITERS, INC., a  )
Nebraska corporation,          )
                               )
              Plaintiff,       )          8:13CV25
                               )
       v.                      )
                               )
A&I STEEL FABRICATORS, INC.,   )          ORDER
a California corporation, and  )
ABLE IRON WORKS, INC.,         )
                               )
              Defendants.      )
_____)
```

       This matter is before the Court on defendants' motion for one-week extension of time to respond to plaintiff's motion for summary judgment (Filing No. 86).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that defendants' motion is granted.  The defendants shall have until April 7, 2014, to file their response to plaintiff's motion for summary judgment.

       DATED this 1st day of April, 2014.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court