IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, Inc, A Nebraska Corporation; and APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> A &AMP; I STEEL FABRICATORS, INC., A California Corporation; and ABLE IRON WORKS, INC., <br><br> Defendants. | 8:13CV25 <br><br> MEMORANDUM AND ORDER |

A pretrial conference is scheduled in this case for Monday, April 7, 2014 and the jury trial is currently scheduled for April 28, 2014.  Defendants submitted a motion for partial summary judgment on March 7, 2014.  That motion is not yet fully submitted.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court.  The parties shall contact the undersigned's chambers within ten (10) days after the ruling on the motion for partial summary judgment to schedule a status conference addressing the further progression of this case.

Dated this 3rd day of April, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge