IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV25 |
| v. | ) ) | |
| A&I STEEL FABRICATORS, INC., a California corporation, and ABLE IRON WORKS, INC., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion for Christopher M. Cullen to withdraw as counsel (Filing No. 102). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for Christopher M. Cullen to withdraw as counsel is granted and he is deemed withdrawn as counsel for defendants. The clerk's office shall remove his name from CM/ECF.

DATED this 25th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court