IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
APPLIED UNDERWRITERS, INC., a  )
Nebraska corporation,          )
                               )
            Plaintiff,         )       8:13CV25
                               )
     v.                        )
                               )
A&I STEEL FABRICATORS, INC.,   )       ORDER
a California corporation, and  )
ABLE IRON WORKS, INC.,         )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the stipulation (Filing No. 104) that the parties have reached a settlement in this matter.  Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted.  This case is removed from the trial docket and is stayed pending further order of the Court.

2) If this action has not been dismissed, the parties shall file a report on July 3, 2015, concerning the status of the settlement agreement.

DATED this 5th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court