IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV25 |
| v. | ) ) | |
| A&I STEEL FABRICATORS, INC., a California corporation, and ABLE IRON WORKS, INC., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

   This matter is before the Court on the motion of Eric N. Kibel to withdraw as counsel (Filing No. 106).  The Court finds the motion should be granted.  Accordingly,

   IT IS ORDERED that the motion for Eric N. Kibel to withdraw as counsel is granted and he is deemed withdrawn as counsel for defendants.  The clerk's office shall remove his name from CM/ECF.

   DATED this 31st day of March, 2015.

                           BY THE COURT:

                           /s/ Lyle E. Strom
                           _____
                           LYLE E. STROM, Senior Judge
                           United States District Court