IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
APPLIED UNDERWRITERS, INC., a  )
Nebraska corporation, and      )
APPLIED UNDERWRITERS CAPTIVE   )
RISK ASSURANCE COMPANY, INC.,  )
a Nebraska corporation,        )
                               )
          Plaintiff,           )          8:13CV25
                               )
     v.                        )
                               )
A&I STEEL FABRICATORS, INC.,   )          ORDER
a California corporation, and  )
ABLE IRON WORKS, INC.,         )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the stipulation of dismissal (Filing No. 108). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted.

2) Plaintiff's complaint is dismissed with prejudice.

3) Defendants' counterclaim is dismissed with prejudice.

4) Each party shall pay their own costs.

DATED this 29th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court